■ In the Matter of the Estate of CLAUDIO IODICE, SR., Deceased. MARIE JOSEPHINE IODICE, Respondent; CLAUDIO IODICE, JR., et al., Appellants. [644 NYS2d 992] ■

Contrary to the objectants' contention, there was no evidence of undue influence exercised by the testator's wife over the testator (*see, Children's Aid Socy. v Loveridge,* 70 NY 387,

394; *Matter of Kumstar,* 66 NY2d 691, *rearg denied* 67 NY2d 647; *Matter of Walther,* 6 NY2d 49; *Matter of Bianco,* 195 AD2d 457, 458). As a result, the court properly set aside the verdict and directed that the will be admitted to probate (*see,* CPLR 4404 [a]; *Micallef v Miehle Co.,* 39 NY2d 376, 380-381; *Nicastro v Park,* 113 AD2d 129, 131-132). Sullivan, J. P., Joy, Krausman and McGinity, JJ., concur.